IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. HALLER,<br><br>      Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant.<br>_____/ | No. CIV S-07-1204 EFB<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his complaint on June 19, 2007. The record shows that plaintiff filed a document entitled "certificate of service of the summons and complaint" on June 22, 2007. However, that document is merely a caption and contains no certification that service was actually effected. Nonetheless, on September 24, 2007, defendant filed with this court, and served upon plaintiff by mail, his answer. The administrative transcript was filed and served September 24, 2007.

Pursuant to this court's scheduling order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by November 12, 2007 (45 days after service of the answer and administrative transcript).

////

1

1  Plaintiff has done neither, and has not communicated with this court since the filing of his
2  complaint. The scheduling order cautioned that failure to comply with any portions of the order
3  could result in sanctions, including striking the complaint.
4      Accordingly, plaintiff is ordered to show cause in writing within ten days from the date
5  of service of this order why this case should not be dismissed for lack of prosecution. Failure to
6  timely file the required writing will result in dismissal.
7  DATED:  April 29, 2008.

        _____
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE